FILED

**NOT FOR PUBLICATION**

MAR 10 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAVIER ALVAREZ-SALVADOR, | No. 08-71877 |
| Petitioner, | Agency No. A098-176-990 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Javier Alvarez-Salvador, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his motion to reconsider a prior order

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005), we deny the petition for review.

The agency did not abuse its discretion in denying Alvarez-Salvador's motion to reconsider because he failed to identify any errors of fact or law in the IJ's prior decision. *See* 8 C.F.R. § 1003.23(b)(2).

**PETITION FOR REVIEW DENIED.**

08-71877